## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 26-2152-GW-DTBx | Date | March 12, 2026 |
|---|---|---|---|
| Title | *Mario Rodriguez v. Tyler Perry, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jonathan J. Delshad, by telephone | Mari F. Henderson |

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

Court hears oral argument. For reasons stated on the record, the order to show cause is TAKEN UNDER SUBMISSION.

: 10

Initials of Preparer    JG