

# United States District Court
### Central District of California
## Office of the Clerk



FILED
CLERK, U.S. DISTRICT COURT

APR - 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

March 16, 2026

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

Superior Court of California
County of Los Angeles
111 N. Hill Street
Los Angeles CA 90012

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**MAR 23 2026**

David W. Slayton, Executive Officer/Clerk of Court

Re:    Case Number: 2:26-cv-02152-GW-DTBx

Previously Superior Court Case No.: 25STCV37750

Case Name: Mario Rodriguez v. Tyler Perry et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____March 13, 2026_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

☑ United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

☐ United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

☐ United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____3-23-26_____
Date

By: _____**N. Osollo**_____
Deputy Clerk

G-17 (06/24)             LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
CIVIL DIVISION
111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012





FIRST-CLASS

US POSTAGE ᴹᴾPITNEY BOWES

ZIP 90012  $ 000.74⁰
02 7W
0008044512 APR 01 2026



APR - 3 2026

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY